# Olinsky Law Group
### A NATIONAL DISABILITY LAW FIRM

www.windisability.com
1-888-WIN-SSDI

_____, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

October 14, 2021

*Document Electronically Filed*
Honorable Andrew L. Carter Jr.
United States Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/15/2021

Re:     Regan v. Commissioner of Social Security
        Civil Action No: 1:21-cv-03534-ALC

Dear Judge Carter:

This letter respectfully requests an extension of time of sixty (_____)
his motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgement on the
Pleadings is currently due on October 22, 2021. However, due to the backlog of transcripts
created by COVID-19 and the Commissioner's response, the Commissioner is able to produce
records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that
cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to
thoroughly and properly prepare her Motion. Plaintiff's counsel has contacted defense counsel
who consents to this request. This would be a first request to extend the time to serve Plaintiff's
Motion.

MEMO ENDORSED

If this request is granted, Plaintiff's Motion for Judgement on the Pleadings will be due
on **December 21, 2021**. Subsequently, in accordance with the pattern of the Standing Order at
Dkt. No. 5, the Commissioner's response to the Motion for Judgement on the Pleadings would
then be due on or before **February 22, 2022**. Plaintiff's reply, if any, will be due on or before
**March 14, 2022.**

Thank you for your consideration.          Respectfully submitted,

                                           */s/ Howard D. Olinsky*
                                           Howard D. Olinsky, Esq.
                                           Bar Code H06529
                                           Counsel for Plaintiff

CC [via ECF]: Jason P. Peck, Esq. (Counsel for Defendant)    The request is hereby **GRANTED**.

**SO ORDERED.**

Dated: 10/15/2021
       _____         _____
       New York, NY               **Honorable Andrew L. Carter Jr.**
                                  **U.S. District Judge**