**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL G. REGAN,

                Plaintiff,                21 **CIVIL** 3534 (ALC)

      -v-                              **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2022, Claimant's remaining arguments are without merit. Upon a thorough consideration of the evidence, the Court finds the Commissioner's final decision is supported by substantial evidence and based upon application of correct legal standards. The Commissioner's motion for judgment on the pleadings is GRANTED, Claimant's motion for judgment on the pleadings is DENIED, and the ALJ's decision is AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**     *K. Mango*

                                                      **Deputy Clerk**